IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CAMERON SHAW,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   NO. 10-144-SCW |
| | ) |
| **DONALD D. GAETZ, JAY M. MERCHANT,** | ) |
| **ROGER WALKER, LT. LEAR, DR. LARSON,** | ) |
| **LT. KENNETH ROBINSON, DR. OBADINA,** | ) |
| and **C/O HIRAM SLOAN,** | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

Defendants **DONALD GAETZ, ROGER WALKER, DR. LARSON, DR. OBADINA,** were dismissed with prejudice by an Order entered by Judge Michael J. Reagan on September 7, 2010 (Doc. 10).

Defendant **LT. LEAR** was dismissed without prejudice by an Order entered by Judge Michael J. Reagan on August 29, 2011 (Doc. 64).

Defendants **JAY M. MERCHANT** and **C/O HIRAM SLOAN** were granted summary judgment by Judge Michael J. Reagan on February 13, 2012 (Doc. 76).

The remaining case came before this Court for jury trial. The issues have been tried and the jury has rendered it's verdict in favor of Defendant **LT. KENNETH ROBINSON** and against Plaintiff **CAMERON SHAW** (Doc. 117).

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants **DONALD D. GAETZ, JAY M. MERCHANT, ROGER WALKER, LT. LEAR, DR. LARSON, LT. KENNETH ROBINSON, DR. OBADINA,** and **C/O HIRAM SLOAN** and against plaintiff **CAMERON SHAW**.

Plaintiff shall take nothing from this action.

**DATED**: February 13, 2013

               **NANCY J. ROSENSTENGEL, CLERK**

               **BY: S/Angela Vehlewald**
                   **Deputy Clerk**

**Approved by**  **s//Stephen C. Williams**
       **United States Magistrate Judge**
         **Stephen C. Williams**